DENTONS US LLP
Bonnie Lau (State Bar No. 246188)
Bonnie.lau@dentons.com
Kate E. Hart (State Bar No. 275121)
kate.hart@dentons.com
Leah R. Bruno (*Pro Hac Vice*)
leah.bruno@dentons.com
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Telephone: (415) 267-4000; Facsimile: (415) 267-4198

Attorneys for Plaintiff HARMLESS HARVEST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARMLESS HARVEST, INC., a Delaware Corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>ALL MARKET INC. D/B/A VITA COCO, a Delaware Corporation,<br><br>            Defendant. | Case No. 3:16-cv-03515-LHK-NC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff HARMLESS HARVEST, INC. ("Plaintiff") and Defendant ALL MARKET INC. D/B/A VITA COCO ("Defendant") hereby stipulate and agree as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims against Defendant are dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

Dated: July 26, 2016

Respectfully submitted,

DENTONS US LLP

By: */s/ Bonnie Lau*
BONNIE LAU

Counsel for Plaintiff
HARMLESS HARVEST, INC.

DEBEVOISE & PLIMPTON LLP

By: */s/ David H. Bernstein*
DAVID H. BERNSTEIN

Counsel for Defendant
ALL MARKET INC. D/B/A VITA COCO

I, Bonnie Lau, am the ECF user whose credentials are being used to file this document. Pursuant to Civil Local Rule 5-1, I hereby attest that David H. Bernstein has concurred in this filing.

*/s/ Bonnie Lau*
BONNIE LAU

100078366

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000